Christopher Elliott # AA3733
Name and Prisoner/Booking Number

New Folsom State Prison
Place of Confinement

P.O Box 290066 - R.7.110
Mailing Address

Represa, CA · 95671-0066
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
┌─────────────────────────────┐
│          FILED              │
│                             │
│        Jun 22, 2022         │
│   CLERK, U.S. DISTRICT COURT │
│ EASTERN DISTRICT OF CALIFORNIA│
└─────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Christopher D. Elliott # AA3733 )
(Full Name of Plaintiff)            )
              Plaintiff,            )
                                    )
          v.                        )   CASE NO.   2:22-cv-1072-AC (PC)
                                    )            (To be supplied by the Clerk)
(1) G. Herrera - Peace Officer,    )
(Full Name of Defendant)            )   "Demand Jury Trial"
(2) M. Campose - Peace Officer,    )
                                    )
(3) Manner - Peace Officer,        )   CIVIL RIGHTS COMPLAINT
                                    )   BY A PRISONER
(4)                                 )
              Defendant(s).         )   ☒ Original Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )   ☐ First Amended Complaint
                                    )   ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred:   CSP - Sacramento

Revised 3/15/2016                          1

## B. DEFENDANTS

1. Name of first Defendant: _q · heRRERA_ . The first Defendant is employed as:
_Peace OFFiceR_ at _CSP - SACRAMENTO_ .
(Position and Title)                              (Institution)

2. Name of second Defendant: _M. CAMPose_ . The second Defendant is employed as:
_Peace OFFicer_ at _CSP - SACRAMENTO_ .
(Position and Title)                              (Institution)

3. Name of third Defendant: _MANNeR_ . The third Defendant is employed as:
_Peace OFFiceR_ at _CSP - SACRAMENTO_ .
(Position and Title)                              (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
_____ at _____
(Position and Title)                              (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _0_ . Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    b. Second prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

    c. Third prior lawsuit:
       1. Parties: _____ v. _____
       2. Court and case number: _____
       3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __8th Amendthment__

2. **Claim I**. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [x] Retaliation
   - [ ] Excessive force by an officer
   - [x] Threat to safety
   - [ ] Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 5·18·2022 C/O - g·heRReRA CAme TO my DOOR, DEFENDANt-g·heRReRA was PASSing OUt "BReAkfast", I Told DefenDAnt - g·heRReRA To get AwAy fRom my DOOR, To Let SomeBody els give me my food Due To, The DefeDTANt "Pulled" me "out" my CEll 132 And "moved" me To CEll 110, BefoRe DoiNg So the DEFENDANt "gRABed" my Butt·So why DefeNdANt-g·heRReRA was STANding iN fRont of my Cell, the DefeuDAnt said That's why I "gRABed" YOUR ASS, Then AS the DEFENDANt wAlked AwAy he said you ARe "Dead" foR f.leing "PReA" ON me. Also DEFENDANt-g heRReRA has me locked inSide of A "CAP'ed Cell'/ ANd The DEFENDANt stop'ed "feeding" me my food. ThAt is my Right To get 3-meal's A DAY. the DEFENdANt moved me into A CAP'ed CEll Retaliation Because I wRote him UP foR Sexaul haRassment Aut "PReA" - I Am A mentAl health PAtient I was "RAPed" AS A Kid. I have Exhausted the inmate gRievance pRocedures

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim I? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

3

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 8th Amendment

2. **Claim II.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

ON 6·18·2022 DEFENDANT - M. CAMPOSE CAME TO my DOOR TO PASS OUT BREAKFAST AS the DEFENDANT DID SO, The DEFENDANT "Yelled" I Am going To have you "Killed" ON B-yARD, FOR WRITEING UP the DEFENDANT - g. herRERA, AS DEFENDANT - CAMPOSE WALK AWAY She said That's why I Told The "Inmates" you ARe A "Sex OFFENDER", and they ARe going To Kill you FOR me, That is A Threat To my SAFETY Also RetAliction, Violation of the 8th Amendthment I have Exhausted the inmate grievance Procedures

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☒ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 5.5.2022 DEFENDANT - MANNER WALKED UP TO my CELL DOOR AND ASK me do I Still "JACK" OFF TO MAN. I Told DEFENDANT - MANNER To get Away From my DOOR the DEFENDANT CALLED me out my NAME (BITCH). The DEFENDANT Told me he was going To have me "Killed" FOR Filing "PREA" ON him AND FOR WRITEING him UP FOR SEXAUL harassing me. DEFENDANT - MANNER ViolAted the 8th Amendthment BY Threating my SAFETY AS WELL AS RetAliation. I have EXhausted the inmate grievance PROCEDURES Also the DEFENDANT was Not Feeding me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I AM Seeking PAin In Suffering , Also Fals Imprisonment
And I wont the DEFENDANt's 'FiReD' so they cant hurt
NOBody Els .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6·18·2022

DATE

_ellea_

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

5. <u>Administrative Remedies</u>.  You must exhaust any available administrative remedies before you file a civil rights complaint. <u>See</u> 42 U.S.C. § 1997e.  Consequently, you should disclose whether you have exhausted the inmate grievance procedures or administrative appeals for each claim in your complaint.  If the grievance procedures were not available for any of your claims, fully explain why on the lines provided.

**Part D.  REQUEST FOR RELIEF:**

Print the relief you are seeking in the space provided.

**SIGNATURE:** *elleeot*

You must sign your name and print the date you signed the complaint.  Failure to sign the complaint will delay the processing of your action.  Unless you are an attorney, you may not bring an action on behalf of anyone but yourself.

## FINAL NOTE

You should follow these instructions carefully.  Failure to do so may result in your complaint being stricken or dismissed.  All questions must be answered concisely in the proper space on the form.  You are strongly encouraged to file a complaint that is no longer than twenty-five pages, but the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number the pages. Remember, there is no need to attach exhibits to your complaint.

4

PENDuNG case ISSUE (A) (B)
STAFF SexAUL haRassment
C/O - MANNER

"PREA"

Claim #: _____

~~Explain the reason for your appeal. Be as specific as you can.~~

~~I am dissatisfied with the response I was given because:~~ TODAY ON 5.5.2022
C/O - MANNER CAme To my DooR IN ASK me
DO I STILL "JACK" OFF To MAN. Then later he
CAme BACK AND CAlled me A "BiTch"! Because
I Told him I Am going To write him up.
PREA And SexAUL haRassment.
C/O - MANNER IS ONE OF the C/O'S That TRYed
To have me Killed. Along with m CAMPOSE Also
C/O - K. MCKENNA FOR The PuRPose OF The PRISON
ELimiNATION ACT POLICY. STAFF SexAUL haRassment OR
gestures OF A SexAUL NATURE TO AN OFFENDER.
All AllegATIONS OF STAFF SexAUL haRassment
shall Be suBJECT To Review AND A iNVESTIGATION
shall Be DoNE. NOW I wROTE C/O - MANNER UP

~~Documents that would be helpful to support your position? Attach copies of those documents, if you don't have~~
~~them identify them as best you can below:~~

last year. But I TOOK my STATemeNT BACK
Because he Told me They ARE going TO
have me Killed IN RAPED ON B-YARD BY
The INMATES IN C/O'S. IF NOTHiNG IS DoNE
ABOUT his ACTIONS my FAMILY ATTORNEY WIll BE
TAKeiNG ACTION ON FOlSOM STATE PRISON!

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _elliott_

Date Signed: 5.5.2022

MAIL TO:
Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

"OFFENDER SAFETY AND"

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

SECURITY 257697

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: ~~_____~~ | Date Received: CSP SAC APPEALS |
|---|---|---|
| | Date Due: _____ | MAY 18 '22 AM 11:57 |
| | Categories: _____ | |

*This is the process to ask for help with a complaint.*

Claimant Name: *Elliott, C*    CDCR #: *AA3773*  Current Housing/Parole Unit: B-7-110

Institution/Facility/Parole Region: New Folsom State Prison

In order for the Department to understand your complaint, make sure you have answered the following questions:

Penal Code 3401 (A)(B)

- What is the nature of your complaint?    Staff sexual harassment.
- When and where did the complaint occur?
- Who was involved?    C/O-g. herrera
- Which specific people can support your complaint?          "PREA"
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

Today on 5-18-2022, C/O-g. herrera came to my door to pass out "Breakfast", I told C/O-g. herrere to get away from my door, C/O-g. herrera told me you are not eating. Thats why I "Grabed" your "Ass" and Nobody is going to do Nothing About (A) for the Purpose of the Prison Elimination Act Policy. Staff sexual harassment means any "comments" or "gestures" made by C.D.C.R c/o of a sexual "Nature" to An Offender of All Allegations of staff sexual harassment shall be subject to Review and A investigation shall be done. Now I have wrote C/O-g. herrera up many other times befor. Per Penal code Pursuant to the california code of Regulations Title 15, if C.D.C.R c/os is wrote up for harassment The Inmate must be "Removed" from around The c/o That the allegation is on, Because The c/o can have The Inmate hurt.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

FOR NOW ON WHEN I get FACE TO
FACE with I.S.U I want it To Be
ON CAMRAS At my DOOR.

I fear for my
life

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _ellecell()_                    Date Signed: _5·18·2022_

## Plan of Action Notification

DATE: May 4, 2022

NAME: ELLIOT                CDC#: AA3733              HOUSING: B7-110

The Grievance Office has received your grievance regarding your allegations of safety and PREA concerns that you submitted to the Grievance Office. The Grievance was received by the Grievance Office on 5/4/2022.

Per Title 15 Section 3483(a)
    The Grievance Office has notified the appropriate staff regarding your concerns and they will be addressed accordingly.

The SAC PREA team and facility Captain have been made aware of your concerns.

Office of Grievances
CSP-Sacramento

STATE OF CALIFORNIA                                                                 DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**
CDCR 602-1 (03/20)                                                                                                    Page 1 of 2

| STAFF USE ONLY | Grievance #: 255498 | Date Received: _____ |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | CSP-SAC APPEALS |
| | | MAY 12 '22 AM 10:14 |

_This is the process to ask for help with a complaint._        AA3733

Claimant Name: Elliott. C        CDCR #: _____    Current Housing/Parole Unit: B.7.110

Institution/Facility/Parole Region: New Folsom State Prison

---

In order for the Department to understand your complaint, make sure you have answered the following questions:

Penal Code: 3401.6 (A)(B)

- What is the nature of your complaint?        Staff Sexaul harassment
- When and where did the complaint occur?
- Who was involved?        C/O - q. herRera
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
- What specific action would resolve your complaint?

Today on 5.11.2022, C/O - q. herRera came
To my Door To Pass out BReakfast, he Told
me That The "PREA" Did'nt Do sh.t. And Told
me I can "Die" AND suck his "Dick" Also
he Took my food. Did not "feed" me you can
check The "CAMRAS" on 2nd watch.(A). for the
PuRPose of the PRison Elimation Act Policy.
Staff Sexaul harassment or "gestures" of A
sexaul "NATURe" To AN OFFenDeR of All "Allegation"
of staff sexaul harassment. shall Be subject
To Review And A investigation shall Be
Done. C/O - q. herRera Think he is Above The
Law. if Nothing is Done About C/O - q. herRera
Actions my "family" will Be calling The
Attorney At Law. Also he Told me he's going
To have me killed like C/O - R. Ehlers TRy'ed To
Do

---

DISTRIBUTION     **Original:** Offender's File     **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**                                           DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-2 (03/20)

Page 2 of 2

**Claim #:**_____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____

_____

_____

_____

_____

_____

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _elliott_____     **Date Signed:** _5·11·2022_

**DISTRIBUTION**    **Original:** Offender's File    **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

" Safety Security "

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: 252673        Date Received: _____ |
|---|---|
| | Date Due: _____ |
| | Categories: _____ |

CSP-SAC APPEALS
MAY 4 '22 AM 1:24

_This is the process to ask for help with a complaint._

AA3733

Claimant Name: Elliott, C          CDCR #: _____   Current Housing/Parole Unit: B.7.110

Institution/Facility/Parole Region: New ~~Folsom~~ Folsom State Prison

In order for the Department to understand your complaint, make sure you have answered the following questions:

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.*
- *What specific action would resolve your complaint?*

Penal Code: 3401.6 (A) (B)
Staff Sexaul harassment
C/o-9. herrera
Safety Security " PREA "

Today on 5.1.2022 C/o-9.herrera came to my door, once again he told me to "Suck" his Dick. I fear for my life around him. (A). for the purpose of the prison Elimination Act policy. Staff Sexaul harassment or "gestures" of a Sexaul "nature" to an "offender" of all Allegations of Staff Sexaul harassment. Shall be Subject to Review and A investigation Shall be Done, C/o-9.herrera This is not his first time being wrote up for Sexaul harassment or "PREA". cell# 208 wrote him up As well. before I got to B.7. C/o-9. herrera Think he is Above The Law, if nothing is Done About his Actions my "family" will be calling Are "family" Attorney. my life is not safe Around C/o-9.herrera or on B-yard. when I first got back to B.7.132, C/o-9.herrera Came To my Door And Told me To "cuff" up. he was moveing me to cell#110. when I came out The cell he Touched The Top of my "Ass"

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #:_____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____

_____

_____

_____

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

Claimant Signature: _Elliott_____    Date Signed: 5·1·2022

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

*FRONT for* ↰

"SAFETY IN SECURITY"

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**                                                                     Page 1 of 2
CDCR 002-1 (03/20)

CSP-SAC APPEALS

| **STAFF USE ONLY** | Grievance #: _257703_   Date Received: MAY 18 '22 AM11:37 |
| | Date Due: _____ |
| | Categories: _____ |

_This is the process to ask for help with a complaint._

AA3733                                    B.7 .110

Claimant Name: _Elliott, C_   CDCR #: _____   Current Housing/Parole Unit: _____

Institution/Facility/Parole Region: _New Folsom State Prison_

In order for the Department to understand your complaint, make sure you have answered the following questions:

PENAL CODE : 3401. 6 /A) (B)

- _What is the nature of your complaint?_ STAFF SEXAUl harassment
- _When and where did the complaint occur?_ C/O- q.heRReRA
- _Who was involved?_                                      "PREA"
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned._
- _What specific action would resolve your complaint?_

TODAY ON 5.12.2022, C/O- q.heRReRA
CAME TO my DOOR TO give me my
BREAKFAST. AS he DID SO he LOOK STRAIght
DOWN AT my "PENIS", THEN Said I want
TO come iN there AS he "Smiled"
(A). FOR the PURPOSE OF the PRISON ELIMANATION
ACT POLICY. STAFF SEXAUl harassment OR "gestures"
AND comment's. OF A SEXAUl "NATURE" TO AN
OFFENDER OF All Allegation's OF STAFF SEXAUl
harassment shall Be SUBJECT TO Review AND A
"INVESTIGATION" shall Be DONE. I TOld C/O-q.heRReRA
TO get AWAY FROM my DOOR, C/O-q.heRReRA
TOld me YOU ARE "Dead" FOR writeing me
UP. Also he he said I Am going TO
have SomeBody "kill" YOU, JUST like last
YeAR. my Right's ARe Being "ViolAted)" more
WAYS THEN ONE. my life is NOT SAFe ON
This B-YARD I have SAFety CONCERNs AND "PREA"
CONCERNs. I WROTe him UP last week FOR
PReA, I have TO Be moved PeR PenAl Code

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Claim #:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____

_____

_____

_____

_____

_____

_____

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _ellicott_____    **Date Signed:** 5·12·2022

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**                    " SAfety Security "
CDCR 602-1 (03/20)                                                                              Page 1 of 2

| **STAFF USE ONLY** | Grievance #: _252673_ | Date Received: _____ |
| | Date Due: _____ | |
| | Categories: _____ | CSP-SAC APPEALS |
| | | MAY 4 '22 AM 11:24 |

_This is the process to ask for help with a complaint._

Claimant Name: _Elliott, C_ _____     CDCR #: ___AA3733___   Current Housing/Parole Unit: _B.7.110_

Institution/Facility/Parole Region: _New ~~Folsom~~ Folsom State PRISON_

In order for the Department to understand your complaint, make sure you have answered the following questions:

- _What is the nature of your complaint?_          PeNAl code : 3401.6 (A) (B)
- _When and where did the complaint occur?_        STAFF Sexaul harassment
- _Who was involved?_                               C10-9. herrera
- _Which specific people can support your complaint?_   SAFety security " PReA "
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned._
- _What specific action would resolve your complaint?_

TodAy ON 5.1.2022 C10-9.herrerA cAme
To my DooR, ONec again he Told me To
"Suck" his Dick. I feaR foR my life ARound
him. (A). FoR The puRpose of The PRison
ElimiNAtioN Act policy. STAFF Sexaul harassment
OR "gestuRes" of A Sexaul "Nature" To AN
"OFFeNdeR" of All Allegations of STAFF Sexaul
harassment. shall Be Subject To Review ANd
A iNvestigatioN Shall Be DoNe, C10-9.herRerA
This is NoT his FiRst time Being wRote up
FoR Sexaul harassment OR "PReA". cell # 208 wrote
him up As well. Before I got To B.7. C10-9.
herRerA Think he is Above The Law, if Nothing
is DoNe ABout his ActioNs my "fam.ly" will Be
calling ARe "fAmily" AttoRNey. my life is Not
SAFe ARound C10-9.herReRA OR ON B-yARd.
when I First got BAck To B.7.132, C10-9.herReRA
cAme To my DooR ANd Told me To "cuFF" up.
he wAs moveing me To cell # 110. when I cAme
out The cell he Touched The Top of my "ASS"

DISTRIBUTION    **Original:** Offender's File    **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Claim #:**_____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____

_____

_____

_____

_____

_____

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:**___*elliott*_____     **Date Signed:**__5·1·2022__

DISTRIBUTION     **Original:** Offender's File     **Copies:** DAI, DAPO, and Offender

*"Emergency"*
*"Offender Safety And*
*Security "Safety Concerns"*

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS AND REHABILITATION
**GRIEVANCE**                                                                                    Page 1 of 2
CDCR 602-1 (03/20)

| **STAFF USE ONLY** | Grievance #: _264907_ | Date Received: _____ |
|---|---|---|
| | Date Due: _____ | |
| | Categories: _____ | CSP-SAC APPEALS |
| | | JUN 7 '22 AM 11:42 |

_This is the process to ask for help with a complaint._

Claimant Name: _Elliott, C_    CDCR #: _AA3733_    Current Housing/Parole Unit: _B·7·110_

Institution/Facility/Parole Region: _New Folsom State Prison_

In order for the Department to understand your complaint, make sure you have answered the
following questions:

- _What is the nature of your complaint?_ Penal code: 3401.6 (A)(B) sexaul harassment
- _When and where did the complaint occur?_ Penal code: 3401.5 (F) sexaul misconduct
- _Who was involved?_ Penal code: 3391    Employee conduct
- _Which specific people can support your complaint?_ C/O-q.Herrera
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned._
- _What specific action would resolve your complaint?_

Today on 20 6·1·2022, C/O-q.Herrera Came
To my door for "Breakfast", And Took off my
Place Card off of my Door "window", As C/O-q.
Herrera Did so I Told C/O-q.Herrera I did'nt
wont the "food" Because I didnt want him
To keep comeing To my Door sexaul harassing
me. C/O-q.Herrera ~~Called~~ me A "Bitch" And Told
me that's why I Am going To "suck" his "Dick".
Also C/O-q.Herrera "yelled" get "Kicked" out To
B-Yard And Elliott you Are "Done" for "Fileing"
"PREA" on me. I "fear" for my life Around
B-Yard C/O's And C/O-q.Herrera. C/O-q.Herrera
is violateing my Right's. Penal code: 3401.6 (A)(B)
staff sexaul ~~harassment~~ misconduct, Penal code: 3401.5 (F)
staff sexaul harassment, Penal code: 3391
employee conduct (A). for the Purpose of the Prison
Elimination Act Policy. staff sexaul harassment
means Any "comments" or "gestures" made By
C.D.C.R C/O of A sexaul Nature To An offender
of All Allegation of staff sexaul harassment

DISTRIBUTION    **Original:** Offender's File    **Copies:** DAI, DAPO, and Offender    Read Back

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: _____

~~Explain the reason for your appeal. Be as specific as you can.~~

~~I am dissatisfied with the response I was given because~~ Shall Be SUBJECT TO Review AND A investigation shall DONE I have Filed "PREA" ON C/O-g. herrera AND Nothing has Been DONE, ANY time "PREA" Allegations Are made ON A C.D.C.R C/O-The Inmate must Be Removed from The YARD where The C/O's work At, Because The C/O's That I Put The PREA ON could TRY TO have me killed, Per PENAL Code my Right's Are Being Violated- I AM S.N.Y E.O.P, I Filed "PREA" ON these C/O's

| C/O-M. CAMPOSE | C/O-MANNER |
| C/O-R. Ehlers | C/O-ZAVALA |
| C/O-g. herrera | C/O-ELIZARRAS |
| C/O-K. MCKENNA | |
| C/O-QUENZDA | |

~~Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:~~

~~Today ___ 6.1. 22~~

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

6.1.2022

Claimant Signature: _ellcooll~_     Date Signed: ~~_____~~

DISTRIBUTION     **Original:** Offender's File     **Copies:** DAI, DAPO, and Offender

"Emergency" "Offender safety"

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-1 (03/20)

602-1

267831

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Appeal #: 267536 | Date Received: |
|---|---|---|
| | Date Due: | CSP-SAC APPEALS |
| | Categories: | JUN 14 '22 AM10:23 |
| | Grievance #: ~~██████~~ | |

Claimant Name: Elliott, C      CDCR #: ~~██████~~ AA3733

Current Housing/Parole Unit: B·7·110      Institution/Facility/Parole Region: Folsom

~~There are no claims that can be appealed.~~

~~The following claims cannot be appealed:~~

Claim #s:     PENAl Code : 3401·6 (A) (B)
STAFF SEXAUl harassment
ClO·9·herrera "PREA"
                    "2nd WATCH"

~~This is the process to appeal the decision made regarding a claim that cannot be appealed there~~      Time: 6:00

Claim #: _____

~~Explain the reason for your appeal of any claims not listed above. Be as specific as you can:~~

~~I disagree with the response I was given because~~ TODAY ON 6·7·2022, ClO·9·herrera CAME TO my DOOR FOR BREAKFAST, I told him TO geT AWAY FROM my DOOR, ClO·9·herrera "GRABed" his "PeNis" And said EveryBody That "GRABed" They "Penis" ARe with me, I told ClO·9·herrera I will Be WRiteing him UP, ClO·9·herrera Told me in my "FACe" he DONT like "NiggeRS", he Also said he hAs B·YARd "INMATes" ON his PAY Roll AND I Am "DeAd", I FeAR FOR my life ON B·YARd (A)· FOR The PURPOse OF The PRISON ElimiNATiON

~~Are there documents that would be helpful to support your position? Attach copies of those documents if you don't have the documents, identify them as best you can below:~~

ACT POlICY' STAFF SexAUl harassment meANs ANY "comments" OR "gestures" OF A SexAUl "Nature" TO AN OFFeNdeR OF All Allegation OF StAFF SexAUl harassment, shall Be SUBjecT TO Review ANd A iNvestigation shall Be DONe· PURSUANT TO The code OF CaliforNiA code oF Regulations PeR, Title, 15 my Right's ARe BeiNg violateded.

DISTRIBUTION     Original: Offender's File     Copies: DAI, DAPO, and Offender

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claim #: _____

~~Explain the reason for your appeal. Be as specific as you can.~~

~~I am dissatisfied with the response I was given because~~ I hAve wRote c10-q, herrear
up, he Also Told me I.S.u is with him And
Nothing is going To Be DoNe About his ActioNs.

_____
_____
_____
_____
_____
_____
_____
_____
_____

~~Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have
the documents, identify them as best you can below:~~

_____
_____
_____
_____
_____
_____
_____

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _ellecott_          **Date Signed:** 6·7·2022

"Offender safety IN security"
~EmeRgency~
"Safety Concerns B-Yard"

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | Grievance #: 264907 | Date Received: ~~CSP-SAC APPEALS~~ |
| | Date Due: | ~~JUN 7 '22 AM11:42~~ |
| | Categories: | |

_This is the process to ask for help with a complaint._

Claimant Name: Elliott . C          CDCR #: AA3733          Current Housing/Parole Unit: B57-110

Institution/Facility/Parole Region: New Folsom State Prison

In order for the Department to understand your complaint, make sure you have answered the following questions:

- _What is the nature of your complaint?_   Penal Code : 3401.6 (A)(B)   STAFF Sexaul harassment
- _When and where did the complaint occur?_   Clo-9. herrera
- _Who was involved?_   3Rd-watch   "PREA"
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned._
- _What specific action would resolve your complaint?_

Today on 6.3.2022, Clo-9.herrera came to my Door, on 3Rd watch for Dinner time he took off my Place card Then "smiled" At me And "grabed" his "Penis"(A) · For the Purpose of the Prison Elimination Act Policy. STAFF Sexaul harassment "mean" Any "comments or "gestures" of A Sexaul natural" to an offender of All Allegations of STAFF Sexaul harassment · shall be subject to Review And A investigation shall be Done. Clo-9.herrera Also Told me he has B-yard Inmates on the Pay Roll And I Am Dead. I have safety concern on B-yard · Pursuant to the Califonia code of Regulations, Title 15 my "Family" will be Calling are Family Attorney. Due to I Dont suppose to be on B-yard Because my life was Put on the line. With B-Yard Inmates As well As C.D.C.R Clo'S on B-Yard · The "Actions" That Clo-9.herrera Show's he is A Time "Bomb" And Dont "Care" About Anything At All. I Am S.N.Y E.O.P

**DISTRIBUTION**     **Original:** Offender's File     **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Claim #:**_____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

_____

_____

_____

_____

_____

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** _elliott_____    **Date Signed:** 6·3·2022

**DISTRIBUTION**    **Original:** Offender's File    **Copies:** DAI, DAPO, and Offender