UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT, | No. 2:22-cv-1072 AC P |
| Plaintiff, | |
| v. | ORDER |
| Q. HERRERA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a notice on how to proceed. ECF No. 18. The notice indicates that he would like to proceed on his First and Eighth Amendment claims against defendant Q. Herrera for retaliation and sexual harassment. Id. As a result, he would like to voluntarily dismiss any other claims against defendant Herrera and all claims raised in this action against defendants Manner and Campos pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's requests will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. All claims against defendant Q. Herrera other than the First and Eighth Amendment claims for retaliation and sexual harassment are VOLUNTARILY DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (see ECF No. 18), and

////

////

1

2. Defendants Manner and Campos and all claims against them are also VOLUNTARILY DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (see ECF No. 18).

DATED: May 9, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE