UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Q. HERRERA, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-1072 AC P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief under 42 U.S.C. § 1983.  The action has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 14, 2023, plaintiff's complaint was screened, and the court determined that service was proper on defendant Q. Herrera, a peace officer at California State Prison – Sacramento ("CSP-Sacramento").  ECF No. 14 at 5.  Thereafter, on May 10, 2023, an order directing service on defendant Herrera issued.  ECF No. 20.

　　　　On June 8, 2023, in response to the service order, the California Department of Corrections and Rehabilitation ("CDCR") returned a waiver of service notice.  ECF No. 23.  The notice, filed under seal, generally indicates that a "Q. Herrera," the sole remaining defendant in this action, is unable to be identified at CSP-Sacramento.  ECF No. 23.

////

  Looking at plaintiff's complaint, it appears that plaintiff identifies the defendant in question as "Q. Herrera." <u>See</u> ECF No. 1 at 1-3.  It is possible, however, that what appears to be a "Q" could be a "G."  <u>See id.</u>  Whatever the case, plaintiff will be ordered to provide the correct identifying information – here, the correct name and position of this defendant – and to do so within thirty days.

  Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall provide the correct identifying information for the individual currently identified as "Q. Herrera" in the complaint.

DATED: June 13, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE