IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ELLIOTT,** | Case No. 2:22-cv-01072-AC (PC) |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **G. HERRERA,** | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983.  On October 24, 2023, Defendant moved to opt out of the court's alternative dispute resolution program.  ECF No. 33.

Good cause appearing, Defendant's motion to opt out of the court's alternative dispute resolution program is **GRANTED**;  the stay entered on August 25, 2023, is **LIFTED**; and, it is **ORDERED** that defendant file a responsive pleading within thirty days from the date of this order.

Dated: October 25, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE