IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER ELLIOTT,**<br><br>Plaintiff,<br><br>v.<br><br>**G. HERRERA,**<br><br>Defendant. | Case No. 2:22-cv-01072-AC (PC)<br><br>[~~PROPOSED~~] **ORDER** |

Good cause having been shown, Defendant Herrera's request for a 14-day extension of time is GRANTED. Defendant shall have up to and including January 4, 2024, within which to file a reply to Plaintiff's opposition to Defendant's motion to dismiss.

DATE: January 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1