UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT, | No. 2:22-cv-1072 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| G. HERRERA, | |
| Defendant. | |

By order filed February 19, 2025, the district judge adopted the undersigned findings and recommendations in full, granting in part and denying in part defendant's motion to dismiss. ECF No. 42. Plaintiff's Eighth Amendment claim was dismissed with leave to amend, while his First Amendment claim was allowed to proceed. Id. at 2-3. Plaintiff was given thirty days to file an amended complaint. Id. at 3. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

On March 31, 2025, the court received notice that the February 19, 2025, order was undeliverable and that the prison was unable to forward it to plaintiff. The Inmate Locator website operated by the California Department of Corrections and Rehabilitation ("CDCR") indicates that plaintiff is currently incarcerated at California Health Care Facility.[1] As a one-time

---

[1] See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of

1

courtesy, the court will direct the Clerk of the Court to update plaintiff's address accordingly, and re-serve plaintiff with the February 19, 2025, order. The court will also grant plaintiff one final opportunity to file an amended complaint.

Plaintiff is advised that court's Local Rules require him to keep his address up to date with the court and opposing parties. E.D. Cal. L.R. 183(b). "If mail directed to plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Id. Additionally, plaintiff is advised that if he does not file an amended complaint within thirty days, the case will proceed only on the First Amendment retaliation claim. If plaintiff does not want to amend the complaint, he can also notify the court before the deadline, and the case will proceed immediately on the First Amendment claim.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court update plaintiff's address to California Health Care Facility Stockton (CHCF), P.O. Box 213040, Stockton, CA 95213, and re-serve the February 19, 2025, order adopting findings and recommendations (ECF No. 42).

2. Plaintiff shall file an amended complaint within thirty days of the service of this order. If plaintiff does not file an amended complaint during this timeframe or notifies the court that he does not intend to file an amended complaint, the case will proceed immediately only on the First Amendment retaliation claim.

DATED: April 7, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").