UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT, | No. 2:22-cv-1072 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| G. HERRERA, | |
| Defendant. | |

By order filed February 19, 2025, the district judge adopted the Findings and Recommendations of the undersigned in full, granting in part and denying in part defendant's motion to dismiss. ECF No. 42. Plaintiff's Eighth Amendment claim was dismissed with leave to amend, while his First Amendment claim was allowed to proceed. Id. at 2-3. Plaintiff was given thirty days to file an amended complaint. Id. at 3. Thirty days passed, and plaintiff did not file an amended complaint or otherwise respond to the court's order.

On March 31, 2025, the court received notice that the February 19, 2025, order was undeliverable and that they were unable to forward it to plaintiff. At that time, using the Inmate Locator website operated by the California Department of Corrections and Rehabilitation ("CDCR") the court found plaintiff was incarcerated at California Health Care Facility.[1] As a

---

[1] See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of

1

one-time courtesy, the court directed the Clerk of the Court to update plaintiff's address accordingly, and re-serve plaintiff with the February 19, 2025, order. ECF No. 43 at 2. The court granted plaintiff one final opportunity to file an amended complaint within thirty days of the service of the order. Id. Plaintiff was warned that if he did not file an amended complaint within the thirty days provided or notify the court that he does not intend to file an amended complaint, the case would proceed immediately only on the First Amendment retaliation claim. Id. Thirty days have long passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY ORDERED that:

1. This case will proceed only on plaintiff's First Amendment retaliation claim.

2. Within twenty-one days, defendants must file an answer to the First Amendment retaliation claim in plaintiff's complaint (ECF No. 1).

DATED: July 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").