UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>Plaintiff,<br><br>v.<br><br>G. HERRERA,<br><br>Defendant. | No. 2:22-cv-1072 DAD AC P<br><br><br>ORDER |

Defendant Herrera has filed a motion to compel plaintiff's attendance at his deposition, for costs, and to modify the scheduling order. ECF No. 48. Defendant seeks to extend the current November 21, 2025, and February 13, 2026, deadlines for the completion of discovery and to file dispositive motions, respectively, pending the adjudication of the motion to compel plaintiff's attendance at his deposition. Id. at 1-2, 5.

Good cause appearing, defendant's request to modify the scheduling order pending resolution of the motion to compel will be granted. The court will defer ruling on defendant's motion to compel until it is fully briefed.

Accordingly, IT IS HEREBY ORDERED that defendant's motion (ECF No. 48) is GRANTED IN PART and DEFERRED IN PART.

1. Granted as to the request to modify the discovery and scheduling order.
    a. Upon ruling on the motion to compel, the court will modify the discovery and scheduling order as needed.

1

      b. The current deadlines to complete discovery and file dispositive motions are VACATED.

2. Deferred as to the motion to compel.

      a. Once the motion is fully briefed, the court will issue an order in due course.

DATED: November 24, 2025

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE