UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERRERA, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-1072 DAD AC P<br><br><br>ORDER |

On November 21, 2025, defendant Herrera filed a motion to compel plaintiff's attendance at his deposition, after plaintiff failed to appear at his noticed deposition on November 19, 2025. ECF No. 48. Plaintiff has not opposed the motion or otherwise responded. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to compel or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 5, 2026

　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE