UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOTT, | No.  2:22-cv-1072 DAD AC P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| HERRERA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On November 21, 2025, after plaintiff failed to appear at his noticed deposition, defendant Herrera filed a motion to compel plaintiff's attendance at his deposition. ECF No. 48.  After plaintiff failed to respond to the motion to compel, plaintiff was ordered to file and serve an opposition to defendant's motion to compel or a statement of non-opposition within twenty-one days from the date of the order.  ECF No. 50.  In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The twenty-one-day period to file an opposition or statement of non-opposition has now expired, and plaintiff has not filed a response to the motion to compel or otherwise respond to the court's order.  In recommending this action be dismissed for failure to prosecute, the court has

1

considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's participation, the court finds the factors weigh in favor of dismissal.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 2, 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2