UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ELLIOTT,

Plaintiff,

v.

HERRERA, et al.,

Defendants.

No.  2:22-cv-01072-DAD-AC P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE

(Doc. No. 48, 51)

Plaintiff Christopher Elliott is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2026, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute this action.  (Doc. No. 51.)  Specifically, the magistrate judge noted that: plaintiff had failed to appear at his noticed deposition; defendant filed a motion to compel plaintiff's attendance at his deposition (Doc. No. 48); plaintiff failed to respond to the motion to compel; plaintiff was then ordered to file and serve an opposition to defendant's motion to compel or a statement of non-opposition and was warned that his failure to do so would result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant

1

to Federal Rule of Civil Procedure 41(b); and plaintiff had failed to file either document as directed by the court's order. (Doc. No. 51.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on March 3, 2026 (Doc. No. 51) are adopted in full;

2. Defendant's motion to compel (Doc. No. 48) is denied as having been rendered moot by this order;

3. This action is dismissed without prejudice due to plaintiff's failure to prosecute; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 29, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2